# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Mark Nordlicht**

    Plaintiff(s),

VS.

**U.S. Securities and Exchange Commission**

    Defendant(s).

Attorney: NONE

Mark Nordlicht
245 Trenor Drive
New Rochelle NY 10804



*246157*

Case Number: 1:19-cv-02849 -TNM

Legal documents received by Same Day Process Service, Inc. on **09/23/2019** at **2:28 PM** to be served upon **William Barr, U.S. Attorney General, U.S. Department of Justice**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Emily Cole**, swear and affirm that on **September 24, 2019** at **1:08 PM**, I did the following:

Served **William Barr, U.S. Attorney General, U.S. Department of Justice, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits** to Gabrielle Henderson as Mail Clerk & Authorized Agent at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Emily Cole* (signature)

**Emily Cole**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:246157



RECEIVED
SEP 25 2019
Clerk, U.S. District and
Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of September, 2019

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Mark Nordlicht**

    Plaintiff(s),

VS.

**U.S. Securities and Exchange Commission**

    Defendant(s).

Attorney: NONE

Mark Nordlicht
245 Trenor Drive
New Rochelle NY 10804

*246156*

Case Number: 1:19-cv-02849 - TNM

Legal documents received by Same Day Process Service, Inc. on **09/23/2019** at **2:27 PM** to be served upon **Jessie Liu, U.S. Attorney**, at **501 3rd St., NW, Washington, DC, 20001**

I, **Emily Cole**, swear and affirm that on **September 24, 2019** at **12:12 PM**, I did the following:

Served **Jessie Liu, U.S. Attorney, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits** to **Reginald Rowan** as **Legal Assistant & Authorized Agent** at **501 3rd St., NW , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Salt and Pepper

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Emily Cole* (signature)

Emily Cole
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 246156

RECEIVED
SEP 25 2019
Clerk, U.S. District and Bankruptcy Courts

District of Columbia: SS
Subscribed and Sworn to before me this 24 day of September 2019

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024