# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Mark Nordlicht**

    Plaintiff(s),

VS.

**U.S. Securities and Exchange Commission**

    Defendant(s).

Attorney: NONE

Mark Nordlicht
245 Trenor Drive
New Rochelle NY 10804

*246158*

**Case Number: 1:19-cv-02849-TNM**

Legal documents received by Same Day Process Service, Inc. on **09/23/2019** at **2:29 PM** to be served upon **U.S. Securities and Exchange Commission**, at **100 F St., NE, Washington, DC, 20549**

I, **Harvey Jessup**, swear and affirm that on **September 26, 2019** at **11:00 AM**, I did the following:

Served **U.S. Securities and Exchange Commission, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form; Complaint; Exhibits** to C. Savino as Authorized Agent at **100 F St., NE , Washington, DC 20549** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Shaved Head

**Supplemental Data Appropriate to this Service:** Mr. Savino did not wish to provide his full first name but did state he was authorized to accept and thus was served.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Harvey Jessup
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: 246158

**RECEIVED OCT 0 1 2019**
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

District of Columbia: SS
Subscribed and Sworn to before me this ____ day of _____

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024